**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BRIAN JAMES HICKS,
PETITIONER
ADC #138964

v.                             5:17CV00022-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                             RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the Petitioner's objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Hicks's Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED.

DATED this 3rd day of February, 2017.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE